UNITED STATES DISTRICT COURT
IN THE SOUTHHERN DISTRICT OF CALIFORNIA

2013 JAN -4  PM 4: 51

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TONI RUSSELL,
   PLAINTIFF.

BY_____ Case No. 3:12____ DEPUTY

-v-

ENHANCHED RECOVERY CO LLC,
   DEFENDANT.

'13 CV 0026 WQH BLM

T.R.
## ~~AMENDED~~ COMPLAINT

Toni Russell hereby sues Defendant, ENHANCHED RECOVERY CO. LLC.

### PRELIMINARY STATEMENT

1. This is an action for damages brought for damages for violations of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq*.

### JURISDICTION AND VENUE

2. The jurisdiction of this Court is conferred by 15 U.S.C. §1681p.

3. Venue is proper in this District Court pursuant to 28 U.S.C. §1391b.

4. Plaintiff, Toni Russell is a natural person and is a resident of the State of California.

5. Defendant, ENHANCED RECOVERY CO. LLC is a Florida Corporation, and is authorized to do business in Florida.

6. All conditions precedent to the bringing of this action have been performed, waived or excused.

### FACTUAL ALLEGATIONS

7. Plaintiff saw, after looking over her Transunion credit report, that ENHANCED RECOVERY CO, LLC, obtained or inquired into her Transunion consumer credit report on July 10, 2008.

8. Discovery of violation brought forth herein occurred in July 10, 2008 and is within the statute of limitations as defined in the FCRA, 15 U.S.C. § 1681p.

9. Plaintiff then sent to Defendant a fax asking them to remove the item from her Transunion credit report.

## **COUNT I**

### **VIOLATION OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. §1681, WILLFUL NON-COMPLIANCE BY DEFENDANT ENCHANCED CO, LLC.**

10. Paragraphs 1 through 11 are re-alleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCRA, 15 U.S.C. § 1681a(c).

12. Transunion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

13. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C. § 1681a(d).

14. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

15. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

16. Plaintiff has never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant or any entity that Defendant worked for or may have been obtained or retained by.

17. As listed on Plaintiff's Transunion credit report, on **July 10, 2008,** Defendant obtained or inquired into Plaintiff's Transunion consumer credit report.

18. Defendant's inquiry into Plaintiff's credit report was without permissible purpose and in violation of the FCRA, 15 U.S.C. § 1681b.

19. Defendant's actions thereby damaged Plaintiff by causing her credit score to be lowered resulting in Plaintiff having to pay higher auto insurance premiums. (See Exhibit A)

20. Defendant's actions were not permissible because Plaintiff did not knowingly or intentionally enter into any credit transaction or arrangement with Defendant, nor did Plaintiff apply for any credit or accounts with any creditor connected to the Defendant where Defendant can claim they were collecting upon such an account with Plaintiff's name on it.

21. Plaintiff sent notices to ENHANCED RECOVERY CO, LLC of their violation of the FCRA on December 17, 2012 and again on December 27, 2012. Plaintiff was not able to settle this matter with defendant prior to litigation because she received no reply from the Defendant. (See Exhibit B)

22. At no time did Plaintiff give her consent for ENHANCED RECOVERY CO, LLC to acquire or inquire into her consumer credit report, from any credit reporting agency.

23. At no time has ENHANCED RECOVERY CO, LLC ever provided any valid justification they may have had for obtaining Plaintiff's credit report. The Defendant manifested its breach of duty because it did not properly ascertain if there was a **legitimate** permissible purpose before obtaining Plaintiff's credit report. There was no account that the Defendant had any right to collect or even attempt to upon that gave or would have given it a permissible purpose to obtain Plaintiff's credit report.

24. Therefore, under FCRA 15 U.S.C. 1681n, Plaintiff is entitled to damages for Defendant's breach of said duty.

WHEREFORE, Plaintiff demands judgment for damages against Defendant ENHANCED RECOVERY CO, LLC for statutory damages of $1,000.00, any attorney's fees, and costs pursuant to 15 U.S.C. § 1681n and to have the item deleted from her Transunion credit report.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of all triable issues as a matter of law.

Dated: December 2, 2012

Respectfully submitted,

*(signature)*

Toni Russell
8906 Arlingdale way
Spring Valley CA 91977

**EXHIBIT A**