# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI RUSSELL,<br><br>                        Plaintiff,<br>vs.<br>ENHANCED RECOVERY CO., LLC,<br><br>                        Defendant. | CASE NO. 13cv26-WQH-BLM<br><br>ORDER |

HAYES, Judge:

    IT IS HEREBY ORDERED that the Motion to Dismiss Case With Prejudice is GRANTED. (ECF No. 6). Pursuant to Federal Rule of Civil Procedure 41(a), this case is dismissed with prejudice.

DATED: March 21, 2013

                                             *William Q. Hayes*<br>
                                          **WILLIAM Q. HAYES**<br>
                                          United States District Judge